# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 OCT 15  A II: 04
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Brandy Bond

v.

(Full name of defendant(s))

City of Waukesha Police Department

Waukesha County Child Protective Services

Maggie Sutton

Case Number:

18-C-1624

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __213 W Wabash Ave Waukesha Wisconsin 53186__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __City Waukesha Police Department, Waukesha__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __Government Agency__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __City of Waukesha Police Department__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

_____

_____

_____

_____

_____

_____

_____

_____

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____ .

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Complaint – 4

E. JURY DEMAND

I want a jury to hear my case.

[■] – YES        [ ] – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___15th___ day of _____October_____ 20_18_.

Respectfully Submitted,

_____
Signature of Plaintiff

414-915-3935
Plaintiff's Telephone Number

tvbrandy@icloud.com
Plaintiff's Email Address

213 W Wabash Ave Waukesha WI 53186
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[■] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

October 15, 2018

It is my claim that the Waukesha child protective services contributed to the delinquency of my minor son B▮▮▮ B▮ Negligently assisting in his alleged sexual abuse, on September 3rd 2018 following a separate incident, B▮▮ B▮ left my home located at 213 W. Wabash Ave Waukesha WI 53186 without permission after 11:30 PM to spend the night with 37-year-old Erin Rooney. (Which is his adopted step cousin, who has never shown interest or had B▮▮ over for sleepovers in the 12 years that I was married to her adoptive uncle until B▮▮ reached puberty?) B▮▮ has been having regular sleepovers with Ms. Rooney with no knowledge to me lying about his whereabouts to me his mother Brandy L Bond. After Requesting that the Waukesha Police Department pick B▮ up and bring him back home, Waukesha child protective services then placed him legally with his alleged abuser, without speaking to me his legal guardian or doing any home visits or investigation into the matter. I was unable to retrieve B▮▮ from Erin Rooney's home for four days, till filing a temporary restraining order against Ms. Rooney.

The undermining of my parental authority caused B▓▓▓ to then become uncontrollable. After being granted a temporary restraining order on September 20th 2018, September 22nd 2018, I was finally able to get B▓▓▓ back home.

The Waukesha child protective services then defamed my character allowing accused abuser, John Driscoll Taylor ll and my 16-year-old son to diagnose me with schizophrenia, which is not true. And either Mr. Taylor or my son is medical professionals with the qualifications to diagnose medical/mental illnesses. After filing a temporary restraining order, a Waukesha County Judge then forced Waukesha County child protective services to investigate the alleged sexual abuse of my 16-year-old son. Maggie Sutton a Waukesha County Child protective services social worker then retaliated by removing my son from my custody, laughing while doing so using the diagnosis of John Driscoll Taylor II, who admitted under oath in a Waukesha court of law to being a blackout, drunk alcoholic. He has also been investigated Waukesha County child protective services but they refused to act after my very credible claim.

The Waukesha County Child protective services then accused me of neglecting my 16-year-old son to remove him from my custody.

Calling neglect, telling my son to be in the house by 10 PM, not allowing him to have a sexual relationship with 37-year-old Erin Rooney, and requesting that he look up a word for his homework that he didn't understand. And that entered his bedroom too many times.

And taking him to "strange places" which was the political ribbing cutting hosted by the Mayor of Milwaukee where I introduced him to Alderman Russell Stamper so that he could receive and internship opportunity for the summer. When I attempted to show social worker Maggie Sutton a video tape of my six-year-old son explaining what could be interpreted as sexual abuse Maggie Sutton kicked me out of the Waukesha County social services office and called the Waukesha sheriffs department on me falsely claiming that I threatened her life because I stated that "you shouldn't have this job for long" violating my civil rights of freedom of speech to have an opinion about the terrible job I believe she's doing protecting the children of Waukesha County. Maggie Sutton then placed my 16-year-old son in the custody of John Driscoll Taylor and refused to give me the location of my child while I was still his full legal guardian.

The Waukesha child protective services as well as the Waukesha police department have refused services and under the 13th amendment equal

protection clause violated my rights by threatening to have me arrested if I attempted to pick up my son up from the home of Erin Rooney, whom was breaking the law contributing to the delinquency of minor child B███ B███ while refusing to investigate my allegations of sexual abuse against my child. Erin Rooney has a factual record of misconduct as a registered nurse. The negligence of the Waukesha child protective services and the Waukesha County Police Department have caused extreme damage to the relationships of both of my minor children. Being pursued by the Waukesha sheriffs department cause me extreme emotional distress causing me to have a severe anxiety attack. Caused severe damage to the relationship of my soon to be ex-husband Michael Rooney and forced my husband Michael Rooney and I to have a volatile divorce, before encountering the Waukesha County child protective services were planning on a friendly separation. Leaving me homeless, with no money for two weeks. The Waukesha Police Department also refused services stating that "I could only talk to Deputy Chief Angle" and no other officers whom has not returned my phone calls for reasonable services like filing sexual abuse claims and being escorted to my home to pick up necessities such as a coat, drivers license and a debit card.

I've been denied services from Waukesha child protective services and the Waukesha Police Department. I've suffering extreme emotional distress. My character has been defamed in a court of law. And I am seeking and undetermined amount of cash damages as well as the cease and assist of unjustified negligence claims and the immediate return of my minor son B███ B███. As a dually federally protected class American citizen I take this action under section 42 1982 Civil Rights Act.