UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**BRANDY BOND,**
    **Plaintiff,**

v.                       Case No. 18-C-1624

**CITY OF WAUKESHA POLICE DEPARTMENT, et al.,**
    **Defendants.**

---

### ORDER

On October 30, 2018, Magistrate Judge Nancy Joseph issued a decision recommending that this action be dismissed for failure to state a claim upon which relief can be granted. The decision was served on the plaintiff the same day. Under Federal Rule of Civil Procedure 72(b)(2) and General Local Rule 72(c), the plaintiff had 14 days to file written objections to the order. That time expired on November 13, 2018, without the plaintiff's having filed an objection. Moreover, I have reviewed the order de novo and find that no part of it is erroneous or contrary to law.

**THEREFORE, IT IS ORDERED** that Magistrate Judge Joseph's Report & Recommendation (ECF No. 5) is **ADOPTED** in its entirety, this case is **DISMISSED**, and the Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin this 15th day of November, 2018.

                                              s/Lynn Adelman
                                              LYNN ADELMAN
                                              DISTRICT JUDGE